# United States Court of Appeals

## For the Eighth Circuit

_____

No. 21-2488

_____

United States of America

*Plaintiff - Appellee*

v.

Angelo L. Hambrick, also known as Deangelo Hambrick

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Eastern

_____

Submitted: October 12, 2021
Filed: October 15, 2021
[Unpublished]

_____

Before BENTON, KELLY, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Angelo L. Hambrick appeals the Guidelines-range sentence the district court[1] imposed upon revoking his supervised release. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

_____

[1]The Honorable John J. Jarvey, Chief Judge, United States District Court for the Southern District of Iowa.

Hambrick's counsel has filed a brief under *Anders v. California*, 386 U. S. 738 (1967) and has moved for leave to withdraw. He challenges the sentence as substantively unreasonable. This court concludes that the district court did not impose a substantively unreasonable sentence. *See United States v. Miller*, 557 F.3d 910, 916 (8th Cir. 2009) (substantive reasonableness of revocation sentence is reviewed under deferential abuse-of-discretion standard). The record reflects that the district court considered the 18 U.S.C. § 3553(a) factors, and imposed a sentence that was within the Guidelines range and below the statutory limit. *See* 18 U.S.C. §§ 3583(e)(3) (maximum revocation prison term is 5 years if underlying offense is Class A felony), (h) (length of new supervised-release term shall not exceed term authorized by statute for offense of conviction, less revocation prison terms); *United States v. Larison*, 432 F.3d 921, 922-924 (8th Cir. 2006) (revocation sentence may be unreasonable if district court fails to consider relevant § 3553(a) factor, gives significant weight to improper or irrelevant factor, or commits clear error of judgment); *cf. United States v. Perkins*, 526 F.3d 1107, 1110 (8th Cir. 2008) (revocation sentence within Guidelines range is accorded presumption of substantive reasonableness on appeal).

The judgment is affirmed. Counsel's motion to withdraw is granted.

_____